PEOPLE v. CHARLES SMITH. Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 May 11, 1971, at Lansing. (Docket No. 11006.) Decided June 29, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Charles Burke*, for defendant on appeal.

Before: QUINN, P. J., and MCGREGOR and BRONSON, JJ.

QUINN, P. J. The people have filed a motion to affirm. A review of the briefs and record in this cause make it manifest that the question sought to be reviewed is so insubstantial as to need no argument or formal submission.

Affirmed.

PEOPLE v. LUTHER HILL. Appeal from Recorder's Court of Detroit, Elvin L. Davenport, J. Submitted Division 1 May 11, 1971, at Lansing. (Docket No. 11114.) Decided June 29, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Carl Ziemba*, for defendant on appeal.

Before: QUINN, P. J., and MCGREGOR and BRONSON, JJ.

QUINN, P. J. The people have filed a motion to affirm. A review of the briefs and record in this cause make it manifest that the question sought to be reviewed is so insubstantial as to need no argument or formal submission.

Affirmed.

MCGREGOR, J., concurred.

BRONSON, J. (*dissenting*). For the reason stated in my dissent in *People* v. *Martin* (1970), 29 Mich App 295, I dissent.